UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 58982
    MICHAEL F JOURNIGAN
    DONNA J JOURNIGAN                     CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-9763    SSN XXX-XX-1853
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/15/05 and confirmed on 02/28/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 19425.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE CO | MORTGAGE ARRE | .00 | .00 | .00 |
| CONSUMER PORTFOLIO | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CASSEL LP | SECURED | 2365.77 | 324.81 | 2365.77 |
| TIDEWATER CREDIT | SECURED | 6745.00 | 926.07 | 6745.00 |
| WILL COUNTY TREASURER | SECURED | 1332.07 | .00 | 1332.07 |
| ACCESS DIABETIC SUPPLY | UNSECURED | NOT FILED | .00 | .00 |
| AHMED H MOHIUDDIN MD | UNSECURED | NOT FILED | .00 | .00 |
| ANTHONY LOMBARDI DDS | UNSECURED | NOT FILED | .00 | .00 |
| ANTHONY PROSKE MD | UNSECURED | 65.90 | .00 | 65.90 |
| ASSOCIATED PATHOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| BUREAU OF COLLECTION REC | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CASH FLOW CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |
| CPS CREDIT CARD SECURITY | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| FINANCIAL ASSET MGMT | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 443.93 | .00 | 443.93 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| FRIEDMAN & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 434.39 | .00 | 434.39 |
| GRANDMAS KITCHEN | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET ORAL SURGEON | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| LTD FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL RECOVERY | UNSECURED | NOT FILED | .00 | .00 |

```
NORTHLAND GROUP              UNSECURED        NOT FILED              .00           .00
OSI COLLECTION SERVICES      UNSECURED        NOT FILED              .00           .00
AT&T WIRELESS                UNSECURED        NOT FILED              .00           .00
PAYDAY EXPRESS               UNSECURED        NOT FILED              .00           .00
PROVENA CARE @ HOME          UNSECURED        NOT FILED              .00           .00
ST JOSEPH HOSPITAL           UNSECURED        NOT FILED              .00           .00
TELECHECK                    UNSECURED        NOT FILED              .00           .00
VAN RU CREDIT                UNSECURED        NOT FILED              .00           .00
VIKING COLLECTION SERVIC     UNSECURED        NOT FILED              .00           .00
TIDEWATER CREDIT             UNSECURED         1125.55               .00       1125.55
CAPITAL ONE BANK             UNSECURED         1390.96               .00       1390.96
CAPITAL ONE BANK             UNSECURED         1310.21               .00       1310.21
```

Summary of disbursements:

```
                     SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
TOTAL CLMS ALLOWED  10442.84          .00      4770.94          .00      15213.78
PRINCIPAL PAID      10442.84          .00      4770.94          .00      15213.78
INTEREST PAID        1250.88          .00           .00          .00       1250.88
TOTAL PAID          11693.72          .00      4770.94          .00      16464.66
```

The Debtor's attorney, JOSEPH WROBEL ESQ              , was allowed $   2700.00
and was paid $    706.00   direct and $   1994.00   through the plan.

The Trustee received $    911.08 .

Refunds to the Debtor totaled $     55.26 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/16/09                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE



                             PAGE   2
       CASE NO. 05 B 58982 MICHAEL F JOURNIGAN & DONNA J JOURNIGAN